**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**
------------------------------------------------------- **X**
In re:

                                                      Chapter: 7
Galo Montesdeoca,                          Case No.: 18-45814-ESS
                      Debtor.      Judge: Hon. Elizabeth S. Stong
------------------------------------------------------- **X**

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d)(1) AND (d)(2)

On January 10, 2019, the Motion for Relief from the Automatic Stay (the "Motion") of Wells Fargo Bank, National Association, as Trustee For Securitized Asset Backed Receivables LLC 2005-FR5 Mortgage Pass-Through Certificates, Series 2005-FR5 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), dated, October 25, 2018 came before the Court, for relief from the automatic stay with respect to the collateral known as 1101 Greene Avenue, Brooklyn, NY 11221 (the "Collateral"), this Court having considered the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

ORDERED, *that the automatic stay* in effect pursuant to 11 U.S.C. section 362(a), is hereby ~~terminated~~ *modified* pursuant to 11 U.S.C. § 362(d)(1) ~~for failure to make adequate protection payments on~~ and 11 U.S.C. § 362(d)(1) ~~for lack of equity in the Collateral~~ as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may *pursue its rights* ~~take any and all action~~ under applicable state law ~~to exercise its remedies against~~ *with respect to* the Collateral.~~; and it is further~~

~~ORDERED that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further~~

~~ORDERED that upon the commencement of a foreclosure proceeding against the Debtor, the Trustee and his counsel shall be served with a copy of the Summons and Complaint and Notice of Pendency of Action.; and it is further~~

~~ORDERED that Movant may take such actions with respect to the real property described above as are set forth under applicable non-bankruptcy law including but not limited to modification, short sale, or other loss mitigation options.~~



Dated: Brooklyn, New York  
January 22, 2019

Elizabeth S. Stong  
United States Bankruptcy Judge